UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARY R. SEILER,<br><br>　　　Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, ITS SUCCESSORS AND/OR ASSIGNS CALIFORNIA RECONVEYANCE COMPANY, ITS SUCCESSORS AND/OR ASSIGNS, DOES I THOUGH X, THEIR SUCCESSORS AND/OR ASSIGNS | Case No. 2:10-cv-01405-KJD-RJJ<br><br>**ORDER EXPUNGING NOTICES OF LIS PENDENS** |

The Court, having considered the Motion to Expunge Notices of Lis Pendens filed with the Court by JPMorgan Chase Bank, N.A., for itself and as acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation, acting as Receiver ("Chase"), and California Reconveyance Company ("CRC"), and good cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

(i) the Notice of Lis Pendens recorded by Plaintiff on July 22, 2010, in the Official Records of the Clark County, Nevada Recorder, as Document No. 20100722-0004960 (a copy of which is attached hereto as **Exhibit 1**) is hereby expunged and fully discharged, and is of no further force and effect for any purposes;

(ii) the Notice of Lis Pendens recorded by Plaintiff on April 1, 2011, in the Official Records of the Clark County, Nevada Recorder, as Document No. 20110401-0002626 (a copy of which is attached hereto as **Exhibit 2**) is hereby expunged and fully discharged, and is of no further force and effect for any purposes; and,

(iii) the real property located at 1476 Rancho Navarro Street, Henderson, Clark County, Nevada (APN 178-21-612-001), which was the subject of this action, is fully exonerated from the referenced Notices of Lis Pendens.

Dated this 3rd day of April, 2012.

_____
KENT J. DAWSON
UNITED STATES DISTRICT COURT JUDGE

2

**EXHIBIT 1**

Inst #: 201007220004960
Fees: $16.00
N/C Fee: $0.00
07/22/2010 03:22:40 PM
Receipt #: 436410
Requestor:
MARY SEILER
Recorded By: LEX  Pgs: 3
DEBBIE CONWAY
CLARK COUNTY RECORDER

APN# __178-21-612-001__

11-digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx

__LIS PENDENS__

**Type of Document**
(Example: Declaration of Homestead, Quit Claim Deed, etc.)

**Recording Requested By:**

MARY R. SEILER

**Return Documents To:**

Name __MARY R. SEILER__

Address __1478 RANCHO NAVARRO STREET__

City/State/Zip __HENDERSON, NV  89012__

This page added to provide additional information required by NRS 111.312 Section 1-2

(An additional recording fee of $1.00 will apply)

This cover page must be typed or printed clearly in black ink only.

OR Form 108 – 06/06/2007
Coversheet.pdf

MARY R. SEILER
1478 RANCHO NAVARRO STREET
HENDERSON, NV 89012
TEL: 702-812-3878
EMAIL: MARYSEILER76@AOL.COM

PLAINTIFF *PRO SE*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Mary R. Seiler, | Case No.: A-10-621306-C |
| Plaintiff, | Dept No.: 1 |
| vs. | **NOTICE OF LIS PENDENS** |
| JPMorgan Chase Bank, National Association, its successors and/or assigns, and California Reconveyance Company, its successors and/or assigns, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN pursuant to NRS 14.010 that an action has been commenced in the United States District Court, District of Nevada for substantial violations of Nevada Revised Statutes 107 Default and Sale, negligence, mistake, error, ommissions, and/or fraud which affects the Title to the real property described herein by the foregoing Plaintiff against the foregoing Defendant, and any and all unnamed parties claiming any interest in the subject property commonly known as 1476 Rancho Navarro Street, Henderson, NV  89012 (Property) more particularly described as follows:

LOT ONE (1) IN BLOCK TWO (2) OF RANCHO ARROYO GRANDE-UNIT 1, AS SHOWN BY

1

MAP THEREOF ON FILE IN BOOK 74 OF PLATS, PAGE 67 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

APN: 178-21-612-001

DATED this __22__ day of July, 2010.

RESPECTFULLY SUBMITTED BY,

MARY R. SEILER

_____
MARY R. SEILER *PRO SE*
1478 RANCHO NAVARRO STREET
HENDERSON, NV 89012
TELE: 702-812-3878

STATE OF NEVADA  )
                 )ss
COUNTY OF CLARK  )

On the _____ day of July, 2010, _____ personally appeared before me, who is personally known to me, to be the signer of the instrument, and she acknowledged that she signed it.

_____
NOTARY REPUBLIC

My commission expires _____

2

**EXHIBIT 2**



| | |
|---|---|
| APN# __178-21-612-001__ | Inst #: 201104010002626 |
| 11-digit Assessor's Parcel Number may be obtained at: http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx | Fees: $16.00 <br> N/C Fee: $0.00 <br> 04/01/2011 01:47:24 PM <br> Receipt #: 726155 <br> Requestor: <br> MARY SEILER <br> Recorded By: SUO Pgs: 3 <br> **DEBBIE CONWAY** <br> **CLARK COUNTY RECORDER** |

__LIS PENDENS__

**Type of Document**
(Example: Declaration of Homestead, Quit Claim Deed, etc.)

**Recording Requested By:**

MARY R. SEILER

**Return Documents To:**

Name __MARY R. SEILER__

Address __1478 RANCHO NAVARRO STREET__

City/State/Zip __HENDERSON, NV 89012__

This page added to provide additional information required by NRS 111.312 Section 1-2

(An additional recording fee of $1.00 will apply)

This cover page must be typed or printed clearly in black ink only.

OR Form 108 ~ 06/06/2007
Coversheet.pdf

MARY R. SEILER
1478 RANCHO NAVARRO STREET
HENDERSON, NV 89012
TEL: 702-812-3878
EMAIL: MARYSEILER76@AOL.COM

PLAINTIFF *PRO SE*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Mary R. Seiler, ) | |
| ) | Case No: 2:10-cv-01405-KJD-RJJ |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **NOTICE OF LIS PENDENS** |
| ) | |
| JPMorgan Chase Bank, National ) | |
| Association, its successors and/or assigns, ) | |
| and California Reconveyance Company, ) | |
| its successors and/or assigns, ) | |
| ) | |
| Defendants. ) | |

NOTICE IS HEREBY GIVEN pursuant to NRS 14.010 that an action has been commenced

in the United States District Court, District of Nevada for substantial violations of Nevada

Revised Statutes 107 Default and Sale, negligence, mistake, error, ommissions, and/or fraud,

violations of the truth in lending act, breach of contract, breach of fiduciary duty, breach of the

covanent of good faith and fair dealing, conversion,

unfair or deceptive acts or practices of Nevada, violations of the consumer protection

act, which affects the Title to the real property described herein by the foregoing Plaintiff

against the foregoing Defendant, and any and all unnamed parties claiming any interest in the

1

subject property commonly known as 1476 Rancho Navarro Street, Henderson, NV 89012

(Property) more particularly described as follows:

LOT ONE (1) IN BLOCK TWO (2) OF RANCHO ARROYO GRANDE-UNIT 1, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 74 OF PLATS, PAGE 67 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

APN: 178-21-612-001

DATED this _April 1, 2011_ day of March, 2011.

RESPECTFULLY SUBMITTED BY,

MARY R. SEILER

MARY R. SEILER *PRO SE*
1478 RANCHO NAVARRO STREET
HENDERSON, NV 89012
TELE: 702-812-3878

2