UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARY R. SEILER,

    Plaintiff,

v.

JPMORGAN CHASE BANK, N.A., *et al*.,

    Defendants.

Case No. 2:10-CV-01405-KJD-RJJ

**ORDER**

    On January 26, 2011, the Court notified Plaintiff of her failure to serve Defendant Seanna Snow (#29).  All other defendants in this action have been terminated.  Since Snow is the only remaining named defendant and has not been properly served, she is terminated and the Complaint in this action is dismissed pursuant to Federal Rule of Civil Procedure 4(m).

    Accordingly, **IT IS HEREBY ORDERED** that this action is **DISMISSED**.

    **IT IS FURTHER ORDERED** that the Clerk of Court close this case.

    DATED this 9th day of August 2012.

_____
Kent J. Dawson
United States District Judge