1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

10  MARY R. SEILER,

11      Plaintiff,                          Case No. 2:10-CV-01405-KJD-RJJ

12  v.                                      **ORDER**

13  JPMORGAN CHASE BANK, N.A., *et al.*,

14      Defendants.

15

16      On January 26, 2011, the Court notified Plaintiff of her failure to serve Defendant Seanna

17  Snow (#29).  All other defendants in this action have been terminated.  Since Snow is the only

18  remaining named defendant and has not been properly served, she is terminated and the Complaint in

19  this action is dismissed pursuant to Federal Rule of Civil Procedure 4(m).

20      Accordingly, **IT IS HEREBY ORDERED** that this action is **DISMISSED**.

21      **IT IS FURTHER ORDERED** that the Clerk of Court close this case.

22      DATED this 9th day of August 2012.

23

24

25  _____
    Kent J. Dawson
26  United States District Judge